IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

vs.

JUMEL PICKETT, a/k/a Butter &
LASHON SIMMONS, a/k/a Like

CR 07 090-01ML

Cr. No.

In violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(A)

FILED

JUN 06 2007

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about May 30, 2007, in the District of Rhode Island, the Defendant, JUMEL PICKETT, a/k/a Butter, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A).

COUNT 2

On or about May 30, 2007, in the District of Rhode Island, the Defendant, LASHON SIMMONS, a/k/a Like, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of

cocaine base, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(A).

A TRUE BILL:

REDACTED

Grand Jury Foreperson

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Mary E. Rogers
Assistant U.S. Attorney

Stephen G. Dambruch
Assistant U.S. Attorney
Criminal Chief

Dated: 6-6-07

CR 07 090 ML LDA

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☒ INDICTMENT ☐ COMPLAINT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☐ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF RHODE ISLAND
Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE
☒ U.S. Atty ☐ Other U.S. Agency
Phone No.

Name of Asst. U.S. Attorney (if assigned): MARY E. ROGERS

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
RI State Police/ HIDTA

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO.

Place of offense: RHODE ISLAND County

CASE NO.

USA vs.

FILED JUN 06 2007

Defendant: Jumel Pickett

Addres

☐ I

Birth Date

n

:able)

Socia

REDACTED

Issue: ☐ Warrant ☐ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☒ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 1

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Felony/Misd. |
|---|---|---|---|
| | Count 1: 21 USC 841 Secs. (a)(1)&(b)(1)(A) | KNOWINGLY & INTENTIONALLY POSSESS W/INTENT | ☒ Felony ☐ Misdemeanor |
| | Penalties: 10 years to life imprisonment; | TO DISTRIBUTE 50 GRAMS OR MORE OF A MIXTURE | ☐ Felony ☐ Misdemeanor |
| | $4,000,000 fine; at least 5 years to life | AND SUBSTANCE CONTAINING A DETECTABLE AMT | ☐ Felony ☐ Misdemeanor |
| | supervised release; $100 mandatory | OF COCAINE BASE, SCHEDULE II CS | ☐ Felony ☐ Misdemeanor |
| | special assessment. | ESTIMATED TRIAL DAYS: 5 | ☐ Felony ☐ Misdemeanor |