AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

U S A

v.

Lashon Simmons

APPEARANCE

CASE NUMBER:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Lashon Simmons

I certify that I am admitted to practice in this court.

6/13/07
*Date*

Richard K Corley
*Signature*

Richard K. Corley 2965
*Print Name* *Bar Number*

127 S. Main St. 2d floor
*Address*

Providence RI 02903
*City* *State* *Zip Code*

861-2100
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.