# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

RECEIVED
U.S. MARSHALS SERVICE
JUN 08 2007
District of Rhode Island

***Case No. CR 07-90-02ML***

***To: ACI***
***CRANSTON, RI***

YOU ARE HEREBY COMMANDED, to have the **body** of **LASHON SIMMONS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Lincoln D. Almond**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **2:00 o'clock p.m.**, on the 13th day of **June, 2007**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby [illegible]
[illegible]
on the date and time [illegible]

Deputy U.S. Marshal

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: June 8, 2007.

David A. DiMarzio, Clerk

Arraignment

By ***Martha Saucier - Deputy Clerk***