**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Cr. No. 07-090ML** |
| | : | |
| **LASHON SIMMONS a/k/a Like** | : | |

**DEFENDANT LASHON SIMMONS' MOTION TO ENLARGE TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS**

Now comes the Defendant, Lashon Simmons, through court-appointed counsel, Richard K. Corley, pursuant to Federal Rules of Criminal Procedures 12 and 47 and moves this Honorable Court to enlarge the time within which Defendant must file pretrial motions to from July 27, 2007 to August 26, 2007. In support of instant motion, Defendant submits his accompanying memorandum.

Dated: July 27, 2007

**LASHON SIMMONS**

By His Attorney,

/s/

Richard K. Corley, (#2965)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, Richard K. Corley, hereby certify that a true copy of the Defendant Lashon Simmons' Motion to Enlarge Time Within Which to File Pretrial Motions was sent by electronic notice to AUSA Mary E. Rodgers this 27th day of July 2007.

/s/
Richard K. Corley, Esq.