**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Cr. No. 07-090ML** |
| | : | |
| **LASHON SIMMONS a/k/a Like** | : | |

**DEFENDANT LASHON SIMMONS' MEMORANDUM IN SUPPORT OF MOTION TO ENLARGE TIME WITHIN WHICH TO FILE PRETRIAL MOTIONS**

In support of his Motion to Enlarge Time within Which to File Pretrial Motions, Defendant states the following:

Defense counsel, Richard K. Corley is presently in plea negotiations with AUSA Mary E. Rodgers. In the interim, AUSA Mary E. Rodgers is providing additional discovery material. Review of this additional discovery material is necessary in order to determine whether to file Motions to Suppress Statements and/or Motion to Suppress Tangible Evidence seized from Defendant if plea negotiations should fail.

**WHEREFORE**, Defendant prays that this Honorable Court grant instant motion and enlarge time within which to file pretrial motions through and to include August 26, 2007.

Dated: July 27, 2007

**LASHON SIMMONS**

By His Attorney,

/s/ ______________________________
Richard K. Corley, (#2965)
Corley Taveras, LLP
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, Richard K. Corley, hereby certify that a true copy of the Defendant Lashon Simmons' Memorandum in Support of Motion to Enlarge Time Within Which to File Pretrial Motions was sent by electronic notice to AUSA Mary E. Rodgers this 27th day of July 2007.

/s/______________________________
Richard K. Corley, Esq.