**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **Cr. No. 07-090ML** |
| | : | |
| **LASHON SIMMONS a/k/a Like** | : | |

**DEFENDANT LASHON SIMMONS'**
**MOTION TO CONTINUE TRIAL DATE**

Now comes the Defendant, Lashon Simmons, through court-appointed counsel, Richard K. Corley, and moves this Honorable Court to continue trial date. In support of instant motion, Defendant submits the following:

- Defense counsel was on vacation during the months of July and August.
- Defense counsel was faced with two family illnesses during this same period and was unable to meet the August 25th deadline to file pretrial motions.
- Defendant's counsel is meeting with Defendant to explain the discovery and the difference between Rhode Island State and Federal law.
- Defense counsel has informed Defendant that he must decide by September 5, 2007 whether he is going to enter a plea of guilty or whether he is going to exercise his right to have a trial.
- Defense counsel is attempting to assist Defendant in making his decision whether to exercise his right to have a trial.
- Defense counsel expects to have a signed plea agreement or file a motion to suppress Defendant's statements and a motion to suppress tangible evidence as a result of search conducted subsequent to a traffic stop no later than September 14, 2007.

- Defense counsel has met with the Government and the Government has indicated that they have no objections to the continuance for one month.
- All time is excludable under the Speedy Trial Act pursuant to 18 USCS § 3161 (h)(8) (A):

> Any period of delay resulting from a continuance granted by any judge on his own motion or at the request of the defendant or his counsel or at the request of the attorney for the Government, if the judge granted such continuance on the basis of his findings that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial..

**WHEREFORE**, Defendant prays that this Honorable Court grant Defendant's Motion to Continue Trial Date for one month.

Dated: August 28, 2007

**LASHON SIMMONS**

By His Attorney,

/s/______________________________
Richard K. Corley, (#2965)
**Corley Taveras, LLP**
127 Dorrance Street, 2nd Floor
Providence, RI 02903
(401) 861-2100
(401) 861-2139 Fax
rkcorley@ctpllp.com

**CERTIFICATION**

I, Richard K. Corley, hereby certify that a true copy of the Defendant Lashon Simmons' Motion to Continue Trial Date was sent by electronic notice to AUSA Mary E. Rodgers this 28th day of August 2007.

/s/______________________________
Richard K. Corley, Esq.